# UNITED STATES DISTRICT COURT
### for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v. | )<br>)<br>)   Case No.   3:24-mj-37<br>)<br>)<br>) |
| SHANE WILLIAMS<br>*Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 17, 2024_____ in the county of _____MECKLENBURG_____ in the _____WESTERN_____ District of ___NORTH CAROLINA___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 751(a) | Escape |

This criminal complaint is based on these facts:
See attached Affidavit incorporated by reference herein.

☒   Continued on the attached sheet.

_____
*Complainant's signature*

Trevor L. Lumadue, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Signed: January 31, 2024

Susan C. Rodriguez
United States Magistrate Judge

Date:  01/31/2024

City and state:    Charlotte, North Carolina

Susan C. Rodriguez, United States Magistrate Judge
*Printed name and title*