## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Trevor Lumadue, a Deputy U.S. Marshal (DUSM) with the United States Marshals Service (USMS), being duly sworn, deposes and says:

1. I have been a DUSM with the USMS since August 2014. My duties as a DUSM include judicial security, prisoner transportation, fugitive investigations, and criminal investigations. I have received formal and on-the-job training regarding fugitive investigations and fugitive apprehension. I have participated in hundreds of fugitive investigations that have involved escape, aiding and abetting, accessory after the fact and false statements, in violation of federal and state laws. Accordingly, I am familiar with tactics fugitives use to avoid being arrested and tactics other people use to intentionally prevent law enforcement officers from arresting fugitives. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. The information contained in this Affidavit is based on my personal participation in this investigation and from information provided to me by other law enforcement officers as well as investigative reports. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the arrest of the defendant identified herein, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the requisite foundation for a probable cause finding.

3. On November 17, 2022, SHANE WILLIAMS was sentenced in U.S. District Court for the Northern District of New York upon his convictions for Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, and Felon in Possession of a Firearm and

Ammunition. SHANE WILLIAMS was sentenced to the custody of the Attorney General for a term of 36 months on each count, to be served concurrently. He had a tentative release date of March 6, 2024. SHANE WILLIAMS was designated to serve a portion of his sentence at Dismas Charities, Inc., a community corrections facility located at 2318 Executive Street, Charlotte, NC, in the Western District of North Carolina. On or about August 28, 2023, SHANE WILLIAMS was transferred from FCI Otisville, NY, and arrived at Dismas Charities, Inc., Charlotte, NC. SHANE WILLIAMS was to be incarcerated at Dismas Charities Residential Re-Entry Center (RRC) until March 6, 2024.

4. On January 17, 2024, the USMS was notified by the U.S. Bureau of Prisons (BOP) that SHANE WILLIAMS had escaped. SHANE WILLIAMS had signed out of the RRC on a work pass on January 17, 2024, at 8:20am. Dismas Charities RRC staff conducted a worksite visit at 11:13am that same day. The employer, SEG Systems, informed RRC staff that SHANE WILLIAMS had been fired in mid-December 2023, and was no longer there. RRC staff contacted SHANE WILLIAMS by telephone at 11:20am and SHANE WILLIAMS stated that he would not be coming back to the RRC. SHANE WILLIAMS then requested that the facility staff pack up all his belongings located at the RRC and that he would have someone come to pick them up. The RRC staff informed SHANE WILLIAMS that if he did not return to the facility, he would be placed on escape status. SHANE WILLIAMS failed to return to the RRC and was placed on escape status. As of the writing of this Affidavit, SHANE WILLIAMS's whereabouts are unknown.

# CONCLUSION

5. Based on the above facts and circumstances in this Affidavit, there is probable cause to believe that SHANE WILLIAMS did knowingly escape from custody at the Dismas Charities, Inc., an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of New York upon convictions for the felony offenses of Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846 and Felon in Possession of a Firearm and Ammunition in violation of Title 18, United States Code, Section 922(g)(1). I respectfully request that the Court issue a criminal complaint and arrest warrant for SHANE WILLIAMS for a violation of Title 18, United States Code, Section 751(a).

Respectfully submitted,

Trevor L. Lumadue
Deputy United States Marshal
United States Marshals Service
Western District of North Carolina

*This Affidavit was reviewed by AUSA David Kelly.*

Sworn to and subscribed before me this 31st day of January, 2024.

Signed: January 31, 2024

Susan C. Rodriguez
United States Magistrate Judge