IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-MJ-00037-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| SHANE WILLIAMS, | ) |
| | ) |
| Defendant(s). | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion to Dismiss Criminal Complaint." (Doc. No. 3). Having carefully considered the Motion, applicable law, and the record, the Court will **GRANT** the Motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Criminal Complaint (Doc. No. 3) is **GRANTED**. Leave of Court is hereby granted for the dismissal of the criminal complaint in the above-captioned case without prejudice, and the charges in the above-captioned Criminal Complaint are **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: June 27, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge